IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
H.R., a minor suing by        )
her next friend and father,   )
Joey F. Rogers; JOEY F.       )
ROGERS; and ANGELA D.         )
ROGERS,                       )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:12cv805-MHT
                              )          (WO)
CLAUD HOLLIS GOOCH; H & P     )
FLYING SERVICE, INC.; and     )
PFS, INC.,                    )
                              )
    Defendants.               )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 22), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

While it appears that plaintiff H.R. is a minor, the parties have not asked for the appointment of a guardian ad litem, nor have they asked that the court approve the dismissal.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed.**

**DONE, this the 27th day of March, 2013.**

                                          **/s/ Myron H. Thompson**
                                     **UNITED STATES DISTRICT JUDGE**